1002

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED SIMS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 96-1-00131-6, George L. Wood, J., entered October 11, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN H. REBER, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 96-1-00080-7, Joel M. Penoyar, J., entered September 20, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Seinfeld, J.

THE STATE OF WASHINGTON, *Respondent*, v. SHELLY ANN GREGORY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-01080-4, James D. Ladley, J., entered October 8, 1996. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL BIRD, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 96-8-00272-1, Richard Brosey, J. Pro Tem., entered October 2, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.